January 21, 2011

Mr. Michael P. Murphy
Asst. Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Steven E. Aldous
Braden Varner & Aldous, P.C.
703 McKinney Ave., Suite 400
Dallas, TX 75202

RE: Case Number: 08-0419
 Court of Appeals Number: 04-07-00323-CV
 Trial Court Number: 2005-CI-11435

Style: THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO
 v.
 KIA BAILEY AND LARRY BAILEY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |